RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/24/09
       /BB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DONALD BURGO** | : | **CIVIL ACTION NO. 2:09-1223** |
| **VS.** | : | **JUDGE MELANÇON** |
| **CHALBERT'S MEDICAL CENTER, ET AL** | : | **MAGISTRATE JUDGE METHVIN** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED** in Chambers at Lafayette, Louisiana, this 23rd day of November 2009.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE